Case 1:24-mj-00222-MAU   Document 1-1   Filed

Case: 1:24-mj-00222
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 7/12/2024
Description: COMPLAINT W/ ARREST WARRANT

# STATEMENT OF FACTS

Your affiant, ███████, is a Special Agent assigned to the Federal Bureau of Investigation (FBI). In my duties as a FBI Special Agent, I investigate potential violations of federal law, including but not limited to, matters concerning the national security of the United States of America. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies, or is based on a review of various documents, records, and reports. Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not contain every fact known by me or the FBI. The dates and times listed in this Affidavit should be read as "on or about."

### *Background: Events at the U.S. Capitol on January 6, 2021*

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### *Facts Specific to Ronald Schultz*

In January 2024, a member of the Proud Boys from the state of Washington, Marc Bru, was sentenced to a prison term of 72 months for seven convictions related to his participation in the riots at the U.S. Capitol on January 6, 2021. *United States v. Bru*, No. 21-cr-352. Flight records obtained in Bru's investigation showed that a return flight to Portland, Oregon was reserved for Bru and a companion by the name of "Ronald Scholtz" on Alaska Airlines for January 10, 2021, which departed from Chicago, Illinois. Bru's toll records obtained during the investigation indicated that Bru was in contact with a phone number ending in 0761 on and around January 6, 2021. Through legal process, the FBI was able to determine that phone number 0761 and an email address, goofymonkey62@gmail.com, are associated with and used by an individual named RONALD SCHULTZ ("SCHULTZ") aka "Ronald Scholtz" aka "Ronnie" aka "Ron" aka "Pops" aka "Old Man."

On January 7, 2021, Priceline rental car reservations were made with phone number 0761 and email goofymonkey62@gmail.com, and two individuals, SCHULTZ and Witness-1, who was a member of the Proud Boys convicted of assaulting a law enforcement officer during the January 6, 2021 riot, were listed on the reservation. The pickup and dropoff dates were listed as "1/8/2021" and "1/10/2021" and the pickup location was listed as "Washington Reagan Arpt."

In August 2022, Witness-1 was interviewed and stated that himself and others from an Airbnb rental in Washington, D.C. drove a rental car from Washington, D.C. to Chicago, Illinois after January 6, 2021. In the interview, Witness-1 identified SCHULTZ's state driver's license photo as "Pops." Witness-1 stated that SCHULTZ aka "Pops" flew home the day they arrived in Chicago.

### *Google Location Data*

According to records obtained through a search warrant which was served on Google LLC in January 2021, a mobile device associated with grafxron@gmail.com and recovery email goofymonkey62@gmail.com was present at the U.S. Capitol on January 6, 2021. Based on subscriber information obtained during the investigation, email addresses grafxron@gmail.com and goofymonkey62@gmail.com belong to SCHULTZ. Additionally, Google provided the

recovery phone number for grafxron@gmail.com as the previously-referenced phone number ending in 0761.

Google estimates device location using sources including GPS data and information about nearby Wi-Fi access points and Bluetooth beacons. This location data varies in its accuracy, depending on the source(s) of the data. As a result, Google assigns a "maps display radius" for each location data point. Thus, where Google estimates that its location data is accurate to within 10 meters, Google assigns a "maps display radius" of 10 meters to the location data point. Finally, Google reports that it's "maps display radius" reflects the actual location of the covered device approximately 68% of the time. Taking the map display radius into account, Google location data showed that a device associated with grafxron@gmail.com and goofymonkey62@gmail.com was inside of the Capitol building between approximately 2:34 p.m. and 2:48 p.m. EST.

### *Open-Source Images of SCHULTZ at U.S. Capitol on January 6, 2021*

In August 2022, the FBI reviewed open-source images and videos of an individual believed to be SCHULTZ near the U.S. Capitol building on January 6, 2021. The individual in the open-source media wore a dark hooded jacket, grey pants, a tan/brown stocking cap with a Carhart logo, and a black face covering, which covered his face, except for the upper eye region of the face. SCHULTZ's upper face region, which includes the bridge of his nose and his eyes, as shown in his driver's license photo, appeared to match the same area of the individual present at the U.S. Capitol, whose face is otherwise covered by the mask.

Your affiant reviewed a video posted to YouTube on January 7, 2021. The video captured a group of known Proud Boys assembling and then marching to the U.S Capitol building. Between approximately the 1:47 and 2:09 marks in the video, SCHULTZ, outlined in yellow and giving a hand signal in the screenshot in Image 1, below, was visible:



*Image 1*

Image 2, below, is an open-source picture showing the individual later identified as SCHULTZ marching to the U.S. Capitol with several known Proud Boys:



*Image 2*

Images 3–4, below, are open-source images and screenshots from a video of the individual later identified as SCHULTZ at or near the U.S. Capitol building in Washington, D.C. on January 6, 2021:



*Image 3*



*Image 4*

### *Identification of SCHULTZ*

During the investigation, the FBI confirmed that the individual in the open source images and videos was SCHULTZ. A Facebook account associated with SCHULTZ contained pictures of SCHULTZ apparently wearing the same tan/brown Carhart stocking cap he wore on January 6, 2021 in Washington, D.C. at the U.S. Capitol building. In Image 5, below, SCHULTZ is seen with the tan/brown Carhart hat but without the black face covering. Your affiant compared Image 5 to SCHULTZ's state driver's license photo and positively identified the individual in Image 5 as SCHULTZ. Images 6-7, below, are screenshots of SCHULTZ at or near the restricted grounds of the U.S. Capitol building on January 6, 2021. The Carhart logo is circled in green in the images:



*Image 5*



*Image 6*



*Image 7*

In August 2023, two individuals familiar with SCHULTZ from the area where SCHULTZ formerly worked were interviewed by the FBI and shown photos of SCHULTZ inside and outside the U.S. Capitol building on January 6, 2021. Upon being shown the photos, both individuals believed it was SCHULTZ in the photos.

### *Surveillance (CCTV) Footage of SCHULTZ Inside the U.S. Capitol Building*

During the investigation, the FBI reviewed security video footage and traced SCHULTZ inside of the U.S. Capitol building. According to U.S. Capitol security video footage, SCHULTZ entered the U.S. Capitol building through the Upper West Terrace Door at approximately 2:37 p.m. EST (Image 8, below).



*Image 8*

SCHULTZ was then captured seconds later inside the U.S. Capitol building, approaching doors in front of a staircase which led to the second floor (Image 9, below).



*Image 9*

At approximately 2:39 p.m. EST, an individual resembling SCHULTZ, based on previously reviewed media, was captured in the Rotunda of the U.S. Capitol building. He appeared to use his cell phone. Between approximately 2:43-2:45 p.m. EST, an individual resembling SCHULTZ was captured in or near the Statuary Hall. At approximately 2:47 p.m. EST, an individual resembling SCHULTZ was again captured in the Rotunda of the U.S. Capitol building. At approximately 2:48 p.m. EST, an individual resembling SCHULTZ passed through a foyer and exited from the U.S. Capitol building through the East Doors (Image 10, below).



*Image 10*

**CONCLUSION**

Based on the foregoing, your affiant submits that there is probable cause to believe that RONALD SCHULTZ violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that RONALD SCHULTZ violated 40 U.S.C. § 5104(e)(2)(D), (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb

the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 12th day of July 2024.

_____
MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE